UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dennis G. Olson,                                        Civil No. 07-4057 (PAM/JSM)

Plaintiff,

v.                                                                      **ORDER**

Sun Life Assurance Company of Canada,

Defendant.

_____

On January 11, 2008, Plaintiff Dennis G. Olson, <u>pro se</u>, and counsel for Defendant

Sun Life Assurance Company of Canada filed signed letters (Docket Nos. 6-7) requesting

that this matter be dismissed without prejudice with each party agreeing to bear its own costs.

Dismissal as stipulated is warranted pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Accordingly, **IT IS HEREBY ORDERED that**:

1.      Claims asserted by Plaintiff Dennis G. Olson against Defendant Sun Life

        Assurance Company of Canada are **DISMISSED without prejudice**; and

2.      Each party shall bear its own attorneys' fees, costs, and disbursements.


Dated: <u>January 15, 2008</u>

                                                        s/ Paul A. Magnuson
                                                        Paul A. Magnuson
                                                        United States District Court Judge